UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Case No. 10-20766

PAUL HILTON,                            HON. AVERN COHN

    Defendant.
_____/

## ORDER DENYING GOVERNMENT'S MOTION TO STRIKE (Doc. 195) AND GRANTING DEFENDANT'S MOTION TO AMEND (Doc. 196) AND DIRECTING GOVERNMENT TO FILE A RESPONSE TO THE AMENDED MOTION WITHIN 60 DAYS OF THIS ORDER

This is a criminal case. Defendant plead guilty to two counts of conspiracy to produce child pornography. He was sentenced to forty years imprisonment followed by supervised release for the rest of his life. Defendant appealed, challenging the denial of two different motions to suppress which claimed violations of his Fourth and Fifth Amendment rights. The Court of Appeals for the Sixth Circuit affirmed. United States v. Hilton, No. 14-1571 (6th Cir. Sept. 9, 2015). (Doc. 172). United States v. Hilton, No. 15-1870 (U.S. Apr. 5, 2016). (Doc. 179).

On December 6, 2016, defendant filed a motion under 28 U.S.C. § 2255. (Doc. 191). The government filed a motion to strike on the grounds the motion and brief exceeds the page limit. (Doc. 195). Defendant then filed a motion to amend along with an amended brief. (Doc. 196). Defendant also filed a response to the government's motion, asking permission to proceed on the amended motion, the brief for which is 95 pages. (Doc. 197).

Although defendant's motion is well beyond the page limit, the Court in its discretion will allow it.  As such, the government's motion to strike is DENIED.  Defendant's motion to amend is GRANTED.  The government shall file a response to the amended motion/brief (Doc. 196) within sixty (60) days of this order.  The government's response may exceed the page limit.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Date:  May 18, 2017
       Detroit, Michigan